**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2352**

_____

PATRICIA A. BANNERMAN,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver, Jr.,
District Judge.  (CA-01-108-2)

_____

Submitted:  November 19, 2003      Decided:  December 24, 2003

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patricia A. Bannerman, Appellant Pro Se.  Kelly Rixner Curry,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia A. Bannerman appeals the district court's order dismissing her Title VII action in which she alleged gender discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bannerman v. Potter, No. CA-01-108-2 (S.D.W. Va. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED